IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:02cr201-MHT |
| | ) | (WO) |
| RENARD MURRAY | ) | |

ORDER GRANTING MODIFICATION OF SUPERVISED RELEASE

This case is before the court on defendant Renard Murray's motion for modification of the conditions of his supervised release.  Defense counsel represents in the motion that the supervising probation officer has been consulted and has no objection to the proposed modification.  Defense counsel also orally confirmed to court staff that it has consulted the government, and the government does not object to the proposed modification.

Murray has completed approximately two months of supervised release, during which time he has been fully compliant with the terms of supervision.  In July 2025, Murray requested that the conditions of his supervised release be modified to include a six-month extension of

his residence at Dismas Charities, a residential re-entry center. Murray made the request because he needed additional time to secure stable housing. Murray is now gainfully employed and has found stable housing. Considering these factors, the court finds that the motion for modification of the conditions of Murray's supervised release should be granted.

Accordingly, it is ORDERED that the motion for modification of the conditions of supervised release (Doc. 92) is granted; defendant Renard Murray's supervised release is modified; and the requirement of further time residing at Dismas Charities is discharged--he may move into his new residence without delay.

DONE, this the 6th day of October, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE